UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number:  16-20085-CIV-MARTINEZ-GOODMAN**

BACARDI U.S.A., INC.,

      Plaintiff,

vs.

ASSOCIATED DISTRIBUTORS, INC., et al.,

      Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [D.E. No. 26].  It is:

**ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of February, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record